**Hearing Date: September 29, 2026 at 1:30 pm**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>10 SHEPHERDS LN MAP LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 8-26-73055-las |

**SECURE BRIDGE FUND 1, LLC's REPLY BRIEF ON SONNAX FACTORS**

Creditor Secure Bridge Fund 1, LLC ("**Lender**") by and through its undersigned counsel, and pursuant to Local Rule 9013-1 and 11 U.S.C. § 362(d)(1) and (d)(4), submits the within reply brief in further support of its motion for an order granting *in rem* relief from the automatic stay (the "**Motion**"). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

**REPLY**

1. At some point, deadlines need to matter.

2. On September 3, 2026, the Court ordered additional briefing on the application of the *Sonnax* factors. The Court required Lender to file its moving brief on or before September 11, 2026, with any opposition from 10 Shepherds Ln Map LLC ("**Debtor**") to be filed on or before September 18, 2026.

3. Lender timely met its deadline filing its additional moving brief on September 11, 2026.

4. Debtor did not. On September 21, 2026, three days after it was due, and only after receipt of Lender's Affidavit of Non-Compliance, Debtor filed an untimely, ten-page brief that is clearly written by AI.

5. In Point II titled "Debtor rests on its Papers," Debtor does the opposite and goes into a five-page review of the *Sonnax* factors.

6. Lender is choosing not to respond further and respectfully asks the Court to find these arguments are inapplicable as the briefing was late.

7. Debtor failed to file timely opposition to the Motion and also failed to file timely additional briefing. These clear violations of Local and Court rules should not be overlooked.

Dated: September 25, 2026

Respectfully submitted,

POLSINELLI PC


By: *_/s/ Aaron P. Davis_*
AARON P. DAVIS
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 803-9918
adavis@polsinelli.com

ATTORNEYS FOR CREDITOR
SECURE BRIDGE FUND 1, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of September, 2026, a true and correct copy of the foregoing *Secure Bridge Fund I, LLC's Reply Brief on Sonnax Factors* was served electronically to Debtor's counsel, the U.S. Trustee, and the interested parties who have requested service by ECF notification from the court in this case.

*/s/ Aaron P. Davis*