**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>10 SHEPHERDS LN MAP LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 8-26-73055-las |

**CONSENT ORDER GRANTING *IN REM* RELIEF FROM THE AUTOMATIC STAY**

Upon the motion [Dkt. No. 10] (the "**Motion**") of Secure Bridge Fund 1, LLC ("**Movant**"), and on the consent of 10 Shepherds Ln Lap LLC ("**Debtor**") and the United States Trustee, for *in rem* relief from the automatic stay and with respect to the property identified as:

ALL that certain interior plot, piece or parcel of land, situate, lying and being in the Incorporated Village of Sands Point, in the Town of North Hempstead, County of Nassau and State of New York and being known as and by Tax Map designation as Lot 364 in Block B of Section 4 on the Tax Map of the Town of North Hempstead, being more particularly bounded and described as follows;

Beginning at the southeasterly corner of the herein described parcel, sad point of beginning located on the center line of a 20-foot right of way, which point is also the southeasterly corner of lands conveyed to Gustave Schindler by deed from Marie F. Petsch, recorded in Uber 4007 cp 441;

RUNNING THENCE North 33 degrees 18 minutes 00 seconds West 10.00 feet, to a point;

THENCE along Shepards Lane the following six (6) courses and distances:

1) North 56 degrees 42 minutes 00 seconds East 562.12 feet, to a point;
2) Along the arc of a curve bearing to the left with a radius of 40.00 feet, for a length of 62.82 feet, to a point;
3) North 33 degrees 18 minutes 00 seconds West 44.87 feet, to a point;
4) Along the arc of a curve bearing to the left with a radius of 370.00 feet, for a length of 96.87 feet, to a point;
5) North 48 degrees 18 minutes 00 seconds West 262.85 feet, to a point;
6) Along the arc of a curve bearing to the right with a radius of 50.00 feet, for a length of 215.98 feet, to a point;

RUNNING THENCE North 61 degrees 19 minutes 28 seconds East 214.10 feet, to a point,

THENCE North 52 degrees 47 minutes 13 seconds East 404.29 feet, to Hempstead Harbor;

THENCE continuing along Hempstead Harbor South 37 degrees 35 minutes 00 seconds East 172.00 feet, to a point:

THENCE continuing along Hempstead Harbor South 61 degrees 35 minutes 00 seconds East 315.00 feet to a point in the centerline of a 20-foot Right-of Way known as Motts Lane;

THENCE continuing along the centerline of a 20-foot Right-of-Way known as Motts Lane South the following five (5) courses and distances to the point of Beginning:
1) 44 degrees 33 minutes 00 seconds West, 247.90 feet, to a point;
2) 70 degrees 50 minutes 00 seconds West, 145.95 feet to a point;
3) South 53 degrees 50 minutes 00 seconds West, 177.69 feet to a point;
4) South 76 degrees 09 minutes 00 seconds West, 138.80 feet to a point;
5) South 56 degrees 42 minutes 00 seconds West, 685.62 feet to a point and the place of BEGINNING.

TOGETHER with a non-exclusive right of way 20 feet in width for ingress and egress to and from the premises herein above described as shown on survey (covering premises and more) by Charles E. Ward, dated July 12, 1978 redated July 30, 1978.

| | |
|---|---|
| State | New York |
| County | Nassau |
| Tax Designation | Section 4 Block B Lot 364 |
| Premises: | Port Washington |

(collectively, the "**Collateral**") and a hearing on the Motion having been held on September 3, 2026, and on September 29, 2026; and good and sufficient notice of the Motion and the hearing having been given; and objections, if any, having been overruled, withdrawn or resolved; and good cause appearing therefor, it is

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is modified pursuant to 11 U.S.C. § 362(d)(1) to permit Movant, its agents, assigns, or successors in interest, to exercise their rights and remedies available under applicable law as to the Collateral; and it is further

**ORDERED**, pursuant to 11 U.S.C. § 362(d)(4), if recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other bankruptcy case purporting to affect the Collateral that is commenced not later than two (2) years after the date of entry of this Order; except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing; and it is further;

**ORDERED**, that Movant shall not schedule any foreclosure sale of the Collateral for a date earlier than **December 1, 2026**; and it is further

**ORDERED**, that the above-captioned bankruptcy case is **DISMISSED**, effective immediately, the Debtor is directed to remit all of the monthly operating reports through September 29, 2026, and the appropriate quarterly fees, due under 28 U.S.C. § 1930(a) within ten (10) days from the date of entry of this Order; and that the Clerk of the Court is directed to close the case; and it is further

**ORDERED**, that, pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(4), the fourteen (14) day stay otherwise applicable to an order granting relief from the automatic stay is waived, and the relief granted herein shall be effective immediately upon entry of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

Dated: October 2, 2026
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge