Information to identify the case:

Debtor: 10 SHEPHERDS LN MAP LLC — Name

EIN: 92−3843923

United States Bankruptcy Court: Eastern District of New York

Date case filed for chapter: 11 8/3/26

Case number: 8−26−73055−las

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on August 3, 2026, and an order having been signed by the Honorable Louis A. Scarcella, United States Bankruptcy Judge, on October 2, 2026 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: October 2, 2026

For the Court, Paul Dickson, Clerk of Court